UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| AYHAM Y. HADDAD, M.D.<br><br>    Plaintiffs<br><br>-vs-<br><br>OHIO STATE PENITENTIARY, et al<br><br>    Defendants | CASE NO. 4:05CV2551<br><br>JUDGE DAVID D. DOWD, JR.<br>MAGISTRATE GEORGE LIMBERT<br><br>NOTICE OF DISMISSAL |

The parties stipulate that this case is settled and therefore dismissed, pursuant to Rule 41(A). This matter is dismissed with prejudice, except that this Court shall retain jurisdiction to enforce the settlement. *Kokkonen v. Guardian Life Ins. Co.,* 511 U.S. 375 (1994).

Defendants shall pay any additional filing fees or court costs in this matter.

For Plaintiff:

*/s/ Nancy Grim*
NANCY GRIM (0014376)
Counsel for Plaintiff
237 East Main Street
Kent, OH 44240-2526
ngrim@sbcglobal.net
330-678-6595 / Fax 330-678-6517

For Defendant:

*/s/ Joseph N. Rosenthal*
Joseph N. Rosenthal
Assistant Attorney General
Employment Law Section
150 East Gay Street, 22nd Floor
Columbus, Ohio 43215-3167
614-644-7257, Fax 614-752-4677
elsreview@ag.state.oh.us

PROOF OF SERVICE

This document is filed electronically this 4th day of June 2007. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

*/s/ Nancy Grim*
NANCY GRIM